# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-03184-KMT

KATHERINE BUSH, individually,

Plaintiff,

v.

CATHOLIC HEALTH INITIATIVES COLORADO d/b/a CENTURA HEALTH-PENROSE-ST. FRANCIS HEALTH SERVICES, a Colorado nonprofit corporation,

Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Katherine Bush and Defendant Catholic Health Initiatives Colorado d/b/a Centura Health-Penrose-St. Francis Health Services stipulate to the dismissal with prejudice of the above-captioned action and all claims asserted therein, with each party to bear her or its own attorneys' fees and costs.

Further, the parties have stipulated that the above-captioned action will not be dismissed until the Court rules on the Motion to Restrict [ECF #24].

DATED this August 13, 2019.

| /s/ Thomas H. Mitchiner | /s/ Mark L. Sabey |
|---|---|
| Thomas H. Mitchiner | Mark L. Sabey |
| Mitchiner Law, LLC | Hall, Render, Killian, Heath & Lyman, P.C. |
| 1888 N. Sherman St., Ste 200 | 1512 Larimer St., Suite 300 |
| Denver, CO 80203 | Denver, CO 80202 |
| Ph.# 720-538-0371 | 303-801-3538 |
| Email: tmitchiner@mitchinerlawllc.com | marksabey@hallrender.com |
| Attorney for Katherine Bush | Attorney for Defendant |

/s/ Steven L. Murray
Steven L. Murray
Murray Law, LLC
1888 N. Sherman St., Ste 200
Denver, CO 80203
Ph. # 303-396-9952
Email: steven@smurraylaw.com

Attorney for Katherine Bush

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above and foregoing was electronically filed with the Clerk of the United States District Court using CM/ECF system which will send notification to counsel referenced below, this August 13, 2019, addressed to:

Mark L. Sabey
Hall, Render, Killian, Heath & Lyman, P.C.
1512 Larimer St., Suite 300
Denver, CO 80202
303-801-3538
marksabey@hallrender.com

*Counsel for Defendants*

                                                        /s/ Thomas H. Mitchiner
                                                        Thomas H. Mitchiner